**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**DONALD SCHMIDTMANN,**

                 **Plaintiff,**

    **v.**                                            **6:13-CV-1415**
                                                              **(TJM/ATB)**

**COMMISSIONER OF SOCIAL SECURITY,**

                 **Defendant.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


## DECISION & ORDER

This matter was referred to the Hon. Andrew T. Baxter, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York. In a Report-Recommendation dated February 26, 2015, Magistrate Judge Baxter recommended that the decision of the Commissioner be affirmed, and the plaintiff's complaint be dismissed. [Dkt. # 18]. No objections to the Report -Recommendation have been lodged and the time for filing objections has expired.

## CONCLUSION

After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Therefore, the Court **ADOPTS** the Report-Recommendation [dkt. # 18] for the reasons stated therein. The decision of the Commissioner is **AFFIRMED,** and the plaintiff's complaint is

1

**DISMISSED.**

**IT IS SO ORDERED.**

**Dated:** March 20, 2015

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge